**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 5:25-mj-63 (CHW)** |
| **WYNNDOLYN L. PORTER,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER SETTING JURY TRIAL

This case has been set for trial in Macon, to begin on Monday, August 3, 2026, at 9:00 a.m.

The parties SHALL file a written announcement or, if necessary, a motion for continuance no later than Friday, July 3, 2026. Should the Defendant announce an intention to enter a change of plea, the Court will contact the parties to coordinate scheduling. If the case is announced ready for trial, the Court will then schedule the final pretrial conference to be held on Tuesday, July 28, 2026, at 10:00 a.m.

For cases announced ready for trial:

1.  Motions in limine shall be filed no later than FOURTEEN days prior to the first day of the trial term. Responses to those motions should be filed no later than SEVEN days prior to the first day of the trial term. No reply briefs shall be filed.

2.  Counsel shall file their proposed voir dire questions (limited to 20) no later than FOURTEEN days prior to the first day of the trial term. Objections to proposed voir dire

1

questions should be filed no later than SEVEN days prior to the first day of the trial term. The Court will rule on the proposed voir dire questions prior to the commencement of the voir dire examination.  Failure to timely file proposed voir dire questions may result in waiver of any voir dire.

3.     Copies of juror questionnaires will be docketed on CM/ECF a week prior to the beginning of the trial term.  It is the responsibility of each attorney to review these questionnaires prior to trial.  Voir dire questions may not repeat material contained in the questionnaires.

4.     Counsel shall file their requests to charge and a proposed verdict form no later than FOURTEEN days prior to the first day of the trial term.  Failure to timely file requests to charge may result in waiver of the right to request any instructions.  Supplemental requests for jury instructions may be filed during trial with respect to any issues not reasonably foreseeable prior to trial.

5.     Counsel for the government and the defendant(s) are each required to email a proposed exhibit list and a proposed witness list to the courtroom deputy (Cheryl_Alston@gamd.uscourts.gov), with a copy to opposing counsel, no later than NOON the FRIDAY before the first day of the trial term.

6.     Electronic evidence files should be provided to the courtroom deputy no later than NOON the FRIDAY before the first day of the trial term.  Please review the Court website page regarding courtroom technology:

http://www.gamd.uscourts.gov/technology

Counsel should pay specific attention to the instructions concerning the Jury Evidence Recording System (JERS).

The time between the date of this order and the beginning of trial shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 17th day of June, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge